FILED
2008 AUG 15 PM 4:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-**08-00973** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1030(a)(2)(A): Exceeding Authorized Access to a Computer of a Financial Institution] |
| RENE LEONARD REBOLLO, JR., | |
| Defendant. | |

The Grand Jury charges:

    Between in or about May, 2008, and in or about July, 2008, in Los Angeles County, within the Central District of California, defendant RENE LEONARD REBOLLO, JR., intentionally exceeded

///
///
///

authorized access to a computer and thereby obtained information contained in a financial record of a financial institution, specifically, names, telephone numbers, addresses, social security numbers, and other information pertaining to customers of Countrywide Bank, FSB.

A TRUE BILL

/S/
---
Foreperson

THOMAS P. O'BRIEN
United States Attorney

DANIEL S. GOODMAN
Assistant United States Attorney
Acting Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

JILL T. FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

CHRISTINE M. ADAMS
Assistant United States Attorney, Major Frauds Section